# Court of Appeals
# of the State of Georgia

ATLANTA, July 17, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1406.  KEITH TOMASKO v. STATE OF GEORGIA.**

After a thorough review of the record and transcript, we have determined that the application for discretionary appeal was improvidently granted.  Accordingly, the appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/17/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*